UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-22451-UU/White
(Criminal case no.: 00-cr-00749)

GUILLERMO DUARTE, Jr.,

      Movant,

v.

UNITED STATE OF AMERICA,

      Respondent.
_____/

**ORDER AFFIRMING MAGISTRATE'S REPORT**

THIS CAUSE is before the Court upon Plaintiff's *pro se* Motion to Vacate pursuant to 28 U.S.C. § 2255 seeking relief under *Johnson v. United* States, 135 S.Ct. 2551 (2015). D.E.1.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on July 12, 2016, issued Report recommending that the motion to vacate be summarily denied and that no certificate of eligibility be issued.  The Parties' objections to the Report were due by August 1, 2016. Neither party has filed objections. *See LoConte v. Dugger*, 847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation. The Movant was convicted of conspiracy with the intent to distribute five or more kilograms of cocaine. (D.E.305, *United States v. Guillermo Duarte*, 98-cr-749-UU).  He was not convicted of being a felon in possession of a firearm in violation of §924(g).  As such, he could not have

1

received any enhanced sentence under §924(e) of the Armed Career Criminal Act.  Likewise, the Movant was not subject to any Chapter Four enhancements as a Career Offender under the guidelines. Accordingly, this Court finds that he is not entitled to the relief sought under *Johnson* or its progeny.

It is hereby

ORDERED AND ADJUDGED that the Report of the Magistrate Judge, D.E.6, is RATIFIED, ADOPTED, and AFFIRMED.  It is further

ORDERED AND ADJUDGED that the Motion (D.E. 1) is summarily DENIED. It is further

ORDERED AND ADJUDGED that no certificate of eligibility will issue.

The Clerk is directed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th__ day of August, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:

Guillermo Duarte, *pro se*